# Order

Michigan Supreme Court
Lansing, Michigan

December 7, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153808 & (86)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SC:  153808
COA:  320559
Wayne CC:  13-008885-FH

REGINALD DESHAWN WALKER,
            Defendant-Appellant.

_____/

    On order of the Court, the motion to file pro per supplement to application for leave to appeal is GRANTED.  The application for leave to appeal the March 31, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016

s1130                                            Clerk